Fill in this information to identify the case:

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Headway Workforce Solutions, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 75-2134871 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3100 Smoketree Ct. | |
| Number    Street | Number    Street |
| Ste 900 | |
| | P.O. Box |
| Raleigh    NC    27604 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Wake County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)    www.staffing360solutions.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor __Headway Workforce Solutions, Inc._____ Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>__5613__ |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                            MM / DD / YYYY<br>              District _____ When _____ Case number _____<br>                                            MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor __Staffing 360 Solutions, Inc._____ Relationship _____<br>           District __Eastern District of North Carolina__ When __05/05/2025__<br>                                                                  MM / DD / YYYY<br>           Case number, if known _____ |

Debtor  Headway Workforce Solutions, Inc.                                 Case number (*if known*)_____
        *Name*

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000<br>☑ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated assets** | ☐ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☑ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor _____   Case number *(if known)* _____
  Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/05/2025
             MM / DD / YYYY

✘ /s/ Brendan Flood                          Brendan Flood
   Signature of authorized representative of debtor    Printed name

   Title  CEO

**18. Signature of attorney**

✘ /s/ *Rebecca Redwine Grow*                 Date  05/05/2025
   Signature of attorney for debtor                MM / DD / YYYY

   Rebecca Redwine Grow
   Printed name
   HENDREN, REDWINE & MALONE, PLLC
   Firm name
   4600 Marriott Drive, Suite 150

   Raliegh                          NC           27612
   City                             State        ZIP Code

   (919) 420-7867                   rredwine@hendrenmalone.com
   Contact phone                    Email address

   37012                            NC
   Bar number                       State

**Fill in this information to identify the case:**

Debtor name: Headway Workforce Solutions, Inc.

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA, 19101-7346 | | | Disputed<br>Unliquidated<br>Contingent | | | 5,559,622.25 |
| 2 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC, 27602 | | | Disputed<br>Unliquidated<br>Contingent | | | 893,037.76 |
| 3 | BIPA Settlement<br>c/o Jackson Lewis PC<br>75 Park Plaza, 4th Floor<br>Boston, MA, 02116 | Stephen Paterniti<br>stephen.paterniti@jacksonlewis.com | | Disputed<br>Unliquidated<br>Contingent | | | 334,845.00 |
| 4 | Truist Bank<br>PO Box 400<br>Wilson, NC, 27893 | Donta L. Wilson<br>844-487-8478<br>Donta.wilson@truist.com | | Disputed<br>Unliquidated<br>Contingent | | | 112,649.84 |
| 5 | Tristar Risk Enterprise Management Inc.<br>100 Oceangate<br>Suite 840<br>Long Beach, CA, 90802 | Cruz Ruiz<br>Cruz.Ruiz@tristargroup.net | | Disputed<br>Unliquidated<br>Contingent | | | 77,903.14 |
| 6 | Spark Equation Inc<br>311 S Wacker Dr.<br>Ste 5060<br>Chicago, IL, 60606 | Vladislav Filippov<br>312-697-9177<br>vlad@sparkequation.com | | Disputed<br>Unliquidated<br>Contingent | | | 60,981.13 |
| 7 | Synergi Partners, Inc.<br>151 W Evans St<br>Florence, SC, 29501 | Rebekah Nuss<br>843-519-0808<br>info@synergipartners.com | | Disputed<br>Unliquidated<br>Contingent | | | 53,689.47 |
| 8 | PRISMHR, INC.<br>35 Parkwood Dr.<br>Hopkinton, MA, 01748 | Sara Fitzgerald<br>877-837-4311<br>sfitzgerald@prismhr.com | | Disputed<br>Unliquidated<br>Contingent | | | 50,965.07 |

Debtor  Headway Workforce Solutions, Inc.  Case number (if known) _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Tierpoint Hosted<br>12444 Powerscourt Dr.<br>Ste 450<br>Saint Louis, MO, 63131 | Kristen Rice<br>314-626-7068<br>Kristen.Rice@tierpoint.com | | Disputed<br>Unliquidated<br>Contingent | | | 38,432.24 |
| 10 | DP Smoketree, LLC<br>2900 Highwoods Blvd.<br>Suite 200<br>Raleigh, NC, 27604 | Catherine Winder<br>813-244-8879<br>Catherine.Winder@debnamproperties.com | | Disputed<br>Unliquidated<br>Contingent | | | 33,500.17 |
| 11 | Jean Pierre Sakey<br>Chapel Hill Partners, LP<br>2639 Marchmont Street<br>Raleigh, NC, 27608 | Jean-Pierre Sakey<br>412-980-6067<br>jp.sakey@gmail.com | | Disputed<br>Unliquidated<br>Contingent | | | 30,000.00 |
| 12 | Sterling<br>PO Box 35626<br>Newark, NJ, 07193 | Accounts Payable<br>212-736-5100<br>accountsreceivable@sterling.com | | Disputed<br>Unliquidated<br>Contingent | | | 28,815.25 |
| 13 | Jackson Lewis, P.C.<br>3737 Glenwood Avenue<br>Suite 450<br>Raleigh, NC, 27612 | Accounts Payable<br>919-760-6460 | | Disputed<br>Unliquidated<br>Contingent | | | 22,593.19 |
| 14 | Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP<br>PO Box 2611<br>Raleigh, NC, 27602-2611 | Tracy Benning<br>919-821-6645<br>tbenning@smithlaw.com | | Disputed<br>Unliquidated<br>Contingent | | | 19,748.90 |
| 15 | Beyondsite, LLC<br>1942 Broadway<br>Ste 314C<br>Boulder, CO, 80302 | Ryan Meyer<br>651-285-4510<br>ryan@beyondsite.com | | Disputed<br>Unliquidated<br>Contingent | | | 15,000.00 |
| 16 | Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street NE<br>Suite 2800<br>Atlanta, GA, 30309-4528 | Dave Stockton<br>404-815-6444<br>dstockton@ktslaw.com | | Disputed<br>Unliquidated<br>Contingent | | | 14,551.62 |
| 17 | Staffing Connection Inc<br>920 Cassatt Rd.<br>Building 200, Suite 315<br>Berwyn, PA, 19312 | Jason A Pan-Kita<br>484-408-6266<br>jason@sci-staffing.com | | Disputed<br>Unliquidated<br>Contingent | | | 11,884.26 |
| 18 | Accurate Employment Screening<br>7515 Irvine Center Drive<br>Irvine, CA, 92618 | The Accounts Receivable Team<br>847-481-5665<br>ar@accurate.com | | Disputed<br>Unliquidated<br>Contingent | | | 10,620.75 |
| 19 | LMU Consulting Group<br>357 S McCaslin Blvd<br>Suite 200<br>Louisville, CO, 80027 | Matt Lorenz, Esq., E.A., Member/Manager<br>303-339-1692 | | Disputed<br>Unliquidated<br>Contingent | | | 10,000.00 |
| 20 | Lais Pedroso<br>Order 66282 PO Box<br>Los Angeles, CA, 90066 | | Legal Settlement | Disputed<br>Unliquidated<br>Contingent | | | 8,500.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2

4MYBENEFITS, INC.
4600 McAuley Place
Suite 250
Blue Ash, OH 45242

Accurate Employment Screening
7515 Irvine Center Drive
Irvine, CA 92618

ADP
1 ADP Boulevard
Roseland, NJ 07068

Auto Finance Company, LLC
378 Hunker Waltz Mill Rd
New Stanton, PA 15672

Becker Law, LLC
354 Eisenhower Parkway
SUite 1500
Livingston, NJ 07039

Beyondsite, LLC
1942 Broadway
Ste 314C
Boulder, CO 80302

BIPA Settlement
c/o Jackson Lewis PC
75 Park Plaza, 4th Floor
Boston, MA 02116

Blank Rome LLP
2029 Century Park East
6th Floor
Los Angeles, CA 90067

Case Anywhere LLC
21860 Burbank Blvd.
Suite 125
Woodland Hills, CA 91367

Charlotte Douglas International Airport
5501 Josh Birmingham Pkwy
Charlotte, NC 28208

Charter Communications
1813 Spring Garden St
Greensboro, NC 27403

City of Huntington
800 5th Ave
Huntington, WV 25701

Cogency Global Inc.
122 E. 42nd St.
Fl 18
New York, NY 10168

Consensus Cloud Solutions, LLC
700 S. Flower St.
15th Floor
Los Angeles, CA 90017

Delaware Department of Labor
4425 North Market Street
Wilmington, DE 19802

DP Smoketree, LLC
2900 Highwoods Blvd.
Suite 200
Raleigh, NC 27604

Eskill Corporation
122 E Houston St
Suite 105
San Antonio, TX 78205

Fadi Mawaghdeh - VTS
1095 Avenue of the Americas
14th Fl.
New York, NY 10036

FEDEX
1000 Ridgeway Loop Road
Suite 500
Memphis, TN 38120

HAB-PPT
PO BOX 20087
Lehigh Valley, PA 18002

Hickory Farms LLC
311 S Wacker Dr.
Suite 2030
Chicago, IL 60606

HW Clearstar, Inc.
4800 East S. Main St.
Suite 150
Salt Lake City, UT 84121

Indeed Inc.
Mail Code 5160
P.O. Box 660367
Dallas, TX 75266

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jackson Lewis, P.C.
3737 Glenwood Avenue
Suite 450
Raleigh, NC 27612

Jean Pierre Sakey
Chapel Hill Partners, LP
2639 Marchmont Street
Raleigh, NC 27608

Kamil Wantura - VTS
1095 Avenue of the Americas
14th Fl.
New York, NY 10036

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309-4528

Lais Pedroso
Order 66282 PO Box
Los Angeles, CA 90066

LMU Consulting Group
357 S McCaslin Blvd
Suite 200
Louisville, CO 80027

North Carolina Department of Commerce
Div. of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602

North Carolina Department of Revenue
Office Services Division
Bankruptcy Unit, P.O. Box 1168
Raleigh, NC 27602-1168

PRISMHR, INC.
35 Parkwood Dr.
Hopkinton, MA 01748

Quadient Finance USA Inc
478 Wheelers Farms Rd
Milford, CT 06461-9105

Quadient Leasing USA INc
487 Wheelers Farms Rd
Milford, CT 06461

RINGCENTRAL INC
20 Davis Drive
Belmont, CA 94002

Royal Cup, Inc.
4600 McAuley Place
Suite 250
Cincinnati, OH 45242

SECUREDOCS INC
1360 Post Oak Blvd.
Suite 2200
Houston, TX 77056

Sheakley Uniservice, Inc
9987 Carver Rd
Suite 300
Cincinnati, OH 45242

Smith & Meyers LLP
355 S Grand Ave
Ste 2450
Los Angeles, CA 90071

Smith, Anderson, Blount, Dorsett, Mitchell &
PO Box 2611
Raleigh, NC 27602-2611

Spark Equation Inc
311 S Wacker Dr.
Ste 5060
Chicago, IL 60606

Staffing Connection Inc
920 Cassatt Rd.
Building 200, Suite 315
Berwyn, PA 19312


Stericycle, Inc.
2355 Waukegan Road
Deerfield, IL 60015


Sterling
PO Box 35626
Newark, NJ 07193


Synel Americas, Inc.
8665 E Hartford Dr.
Scottsdale, AZ 85255


Synergi Partners, Inc.
151 W Evans St
Florence, SC 29501


Technosign


Tierpoint Hosted
12444 Powerscourt Dr.
Ste 450
Saint Louis, MO 63131


TIMESAVED INC/ACTIVATESTAFF
202-19 Singer Ct
Toronto ON, M2K 0B2,


TPX Communications
3300 No. Cimarron Road
Las Vegas, NV 89129


Tristar Risk Enterprise Management Inc.
100 Oceangate
Suite 840
Long Beach, CA 90802


Truist Bank
PO Box 400
Wilson, NC 27893


VRC Companies, LLC
5384 Poplar Avenue
Suite 500
Memphis, TN 38119

Wake County Tax Administration
301 South McDowell St
Raleigh, NC 27601


Wells Fargo Financial Leasing
800 Walnut
Des Moines, IA 50309


Windstream
4001 North Rodney Parham Rd.
Little Rock, AR 72212


ZOOMINFO TECHNOLOGIES
805 Broadway Street
Suite 900
Vancouver, WA 98660

United States Bankruptcy Court
Eastern District of North Carolir

In re: Headway Workforce Solutions, Inc.

Debtor(s)

Case No.

Chapter   11

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  05/05/2025

/s/ Brendan Flood
Signature of Individual signing on behalf of debtor

CEO
Position or relationship to debtor

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS

## CORPORATE RESOLUTION

OF

## HEADWAY WORKFORCE SOLUTIONS INC.

BE IT RESOLVED that the Board of Directors of Headway Workforce Solutions Inc. (the "Company") is hereby authorized and empowered for and on behalf of the Company to file a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, and to undertake all necessary acts consistent with the rights and duties of the Board of Directors under Delaware Corporation Law, and any and all other statutory, regulatory, and common law to effectuate bankruptcy filing.

BE IT FURTHER RESOLVED that the CEO of the Company, Brendan Flood, is hereby authorized to serve as the signatory to sign all documents necessary to the administration of the bankruptcy case on behalf of the Company.

BE IT FURTHER RESOLVED that the Board of Directors hereby authorize the Company to engage the law firm of Bernstein-Burkley, P.C. for all legal services related to the bankruptcy filing and related proceedings.

The undersigned hereby certifies that the above and foregoing is a true and correct copy of a Resolution adopted by the Board of Directors of the above named Company by written consent on this 1st day of May, 2025 in lieu of a meeting.

_____
Brendan Flood, CEO