**SO ORDERED.**

**SIGNED this 13 day of May, 2025.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **Bankruptcy No. 25-01682-5-JNC** |
| **HEADWAY WORKFORCE SOLUTIONS, INC.** | **Chapter 11** |
| **Debtor** | |

### SCHEDULING ORDER ON EMERGENCY MOTIONS

A first-day debtor's motions hearing was held in this case on the Expedited Motion for Order to Authorize Payment of Prepetition Wages (Dkt. 18; the "Wages Motion") and the Motion for Joint Administration, Lead Case 25-01682-5-JNC with 25-01684-5-JNC, 25-01685-5-JNC, 25-01686-5-JNC, 25-01687-5-JNC (Dkt. 9; the "Joint Admin Motion") both filed May 7, 2025. A Limited Response in Opposition to the Wages Motion was filed by creditor Midcap Funding IV Trust ("Midcap"). No opposition to the Joint Admin Motion was filed.

An emergency hearing in these matters was set for and held before the court on May 13, 2025 at 11:00 a.m. in Greenville, North Carolina. Counsel for the debtor and Midcap appeared. The Joint Admin Motion was allowed on lack of objection, and a separate order will be entered as to it. With respect to the Wages Motion, Midcap withdrew its opposition as to "non-insider" employees being allowed payment of prepetition, which employees and terms will be identified in a separate interim order. Counsel for the parties agreed to table Midcap's continued opposition to payment of prepetition wages of "insiders" of the debtor, and that portion of the Wages Motion is continued and will be heard further as set forth in the decretal section below.

Counsel for the debtor also forecast the filing of further emergency motions this week and asked for a return date hearing. Midcap and the Bankruptcy Administrator (also at the hearing) reserved objections but agreed to the hearing date and schedule suggested by the court as outlined below.

**IT IS THEREFORE ORDERED** as follows:

1. By **5:00 p.m., Thursday, May 15, 2025**, Debtor is directed to file such further emergency motions as it deems fit and proper for hearing on at least a preliminary basis as set forth below.

2. The time for Midcap, the Bankruptcy Administrator, and any other party in interest to object or otherwise respond in writing on the case docket to the debtor's emergency motions is reduced to **4:00 p.m., Monday, May 19, 2025**.

3. The continued portion of the Wages Motion, and all emergency motions filed by the debtor as set forth above, are hereby set and noticed for hearing as follows:
   **DATE**: **Tuesday, May 20, 2025**
   **TIME**: **1:00 PM**
   **PLACE**: Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

4. Counsel for debtor is directed to include the hearing notice that complies with these deadlines in all emergency motions it files and seeks to be heard.

**END OF DOCUMENT**