EXHIBIT 1

EXHIBIT 2

|  | 2-May | 9-May | 16-May | 23-May | 30-May | 6-Jun | 13-Jun | 20-Jun | Total |
|---|---|---|---|---|---|---|---|---|---|
| Wages | $ 30,496.00 | $ 22,872.00 | $ 22,872.00 | $ 27,872.00 | $ 22,872.00 | $ 22,872.00 | $ 15,687.00 | $ 15,867.00 | $ 181,410.00 |
| Medical |  |  |  |  | $ 6,500.00 |  |  |  | $ 6,500.00 |
| Insurance |  | $ 42,948.00 |  |  |  | $ 42,948.00 |  |  | $ 85,896.00 |
| Miscellaneous Expenses | $ 2,000.00 | $ 2,000.00 | $ 7,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 19,000.00 |
| Licenses |  |  |  |  | $ 120.00 |  |  |  | $ 120.00 |
| Azure |  | $ 12,301.00 |  |  |  |  |  |  | $ 12,301.00 |
| Bankruptcy Legal |  |  |  | $ 50,000.00 |  | $ 50,000.00 |  | $ 50,000.00 | $ 150,000.00 |
| Other Professionals |  |  |  |  |  | $ 15,000.00 |  |  |  |
| Withholding and 941 |  |  |  |  |  |  |  |  |  |
| Totals | $ 32,496.00 | $ 80,121.00 | $ 29,872.00 | $ 79,872.00 | $ 31,492.00 | $ 132,820.00 | $ 17,687.00 | $ 67,867.00 | $ 472,227.00 |

Case 25-01682-5-JNC    Doc 56-1 Filed 05/09/25 Entered 05/09/25 16:33:21    Page 61 of 62