**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: | Bankruptcy No. 25-01682-5-JNC |
| HEADWAY WORKFORCE SOLUTIONS, INC., *et al.*[1]<br>　　　Debtors. | Chapter 11<br><br>*(Joint Administration)* |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

　　　Please take notice that the undersigned counsel hereby enters an appearance on behalf of the Debtors and, pursuant to 11 U.S.C. § 342 and Federal Rules of Bankruptcy Procedure 2002, 3017(a) and 9010, requests that he be added to the mailing list maintained by the Clerk in the above-referenced case so that all notices in this case or any proceeding herein be given to and served upon the undersigned counsel at the address set forth below.

|  |  |
|---|---|
| **DATED**: June 9, 2025. | **HENDREN, REDWINE & MALONE, PLLC**<br><br>s/ Benjamin E.F.B. Waller<br>Jason L. Hendren (NC Bar No. 26869)<br>Rebecca Redwine Grow (NC Bar No. 37012)<br>Benjamin E.F.B. Waller (NC Bar No. 27680)<br>Lydia C. Stoney (NC Bar No. 56697)<br>4600 Marriott Drive, Suite 150<br>Raleigh, NC 27612<br>Telephone:  (919) 420-7867<br>Facsimile:   (919) 420-0475<br>Email: jhendren@hendrenmalone.com<br>　　　　rredwine@hendrenmalone.com<br>　　　　bwaller@hendrenmalone.com<br>　　　　lstoney@hendrenmalone.com<br>*Attorneys for the Debtors* |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors Federal Employer Identification Number: Headway Workforce Solutions, Inc. (4871); Staffing 360 Solutions Inc., (0859); Monroe Staffing Services LLC (1204); Key Resources, Inc. (9495); Lighthouse Placement Services, Inc. (8093).

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this day, he served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage paid envelope, addressed as follows:

    Brian Behr                                       *(via CM/ECF)*
    *Office of the Bankruptcy Administrator*

This the 9th day of June, 2025.

                                          **HENDREN, REDWINE & MALONE, PLLC**

                                          s/ <u>Benjamin E.F.B. Waller</u>
                                          Jason L. Hendren (NC Bar No. 26869)
                                          Rebecca Redwine Grow (NC Bar No. 37012)
                                          Benjamin E.F.B. Waller (NC Bar No. 27680)
                                          Lydia C. Stoney (NC Bar No. 56697)
                                          4600 Marriott Drive, Suite 150
                                          Raleigh, NC 27612
                                          Telephone:  (919) 420-7867
                                          Facsimile:   (919) 420-0475
                                          Email: jhendren@hendrenmalone.com
                                                       rredwine@hendrenmalone.com
                                                       bwaller@hendrenmalone.com
                                                       lstoney@hendrenmalone.com
                                          *Attorneys for the Debtors*