**SO ORDERED.**

**SIGNED this 9 day of July, 2025.**



_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>**HEADWAY WORKFORCE SOLUTIONS, INC.** *et al.*,[1]<br><br>**Debtors.** | Bankruptcy No. 25-01682-5-JNC<br><br>Chapter 11 (Jointly Administered) |

**ORDER GRANTING**
**MOTION OF MIDCAP FUNDING IV TRUST FOR RECONSIDERATION OF ORDERS**
**DIRECTING EXAMINATION AND PRODUCTION OF DOCUMENTS FROM**
**MIDCAP FUNDING IV TRUST, PATRICK REID AND MORRIE AARON**

Upon consideration of the Motion by MidCap Funding IV Trust for Reconsideration of Orders Directing Examination and Production of Documents from MidCap Funding IV Trust, Patrick Reid and Morrie Aaron (the "Motion"),[2] any response to the Motion, and this Court having found good and sufficient cause to grant the relief in the Motion, it is by the United States Bankruptcy Court for the Eastern District of North Carolina, hereby

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's Federal Employer Identification Number: Headway Workforce Solutions, Inc. (4871); Staffing 360 Solutions Inc., (0859); Monroe Staffing Services LLC (1204); Key Resources, Inc. (9495); Lighthouse Placement Services, Inc. (8093).

[2] Capitalized terms not defined herein have the meanings provided to them in the Motion.

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that this Court's Orders (Doc. Nos. 132, 134, and 135) are **AMENDED** to delete the decretal paragraphs of each such Order and replace such paragraphs with the following language; and it is further

**ORDERED**, that, the Official Committee of Unsecured Creditors is, pursuant to Federal Rule of Bankruptcy Procedure 2004(a) and subject to the provisions of Federal Rule of Bankruptcy Procedure 2004(c) and (e) and Federal Rule of Civil Procedure 45, as made appliable by Federal Rule of Bankruptcy Procedure 9016, permitted to (i) take the examination of MidCap Funding IV Trust, Patrick Reid and Morrie Aaron and (ii) seek the production of documents from MidCap Funding IV Trust.

END OF DOCUMENT